# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGIE H. GIBBS and** | ) | |
| **ALLISON GIBBS,** | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CV3140 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to stay all proceedings pending its transfer to *In re VIOXX Mktg., Sales Practices & Prods. Liabl. Litig.*, MDL No. 1657. For good cause shown, and upon the representation that plaintiffs have no objection,

**IT IS ORDERED** that the Motion to Stay [6] is granted.

**DATED June 26, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**