JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

JUL -5 2006

06 JUL 12 PM 12: 07

FILED
CLERK'S OFFICE

OFFICE OF THE CLERK

*DOCKET NO. 1657*

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*   4:06CV3140

### CONDITIONAL TRANSFER ORDER (CTO-56)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 3,987 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the Panel's order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-56 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 3 06-476 | Rosemary Leverett, etc. v. Merck & Co., Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN 2 06-1180 | Clinton Gene Kelley v. Merck & Co., Inc. |
| **ARIZONA** | |
| AZ 2 06-1469 | Sultan Rahim Strong, etc. v. Merck & Co., Inc., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-3379 | Ann A Baumgartner, et al. v. Merck & Co., Inc. |
| CAC 2 06-3380 | Stephen R. Bajon, et al. v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-1294 | Michael Neaderhiser v. Merck & Co., Inc., et al. |
| CAE 2 06-1313 | Lino Laolagi, et al. v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM 3 06-510 | Mary Kilis, etc. v. Merck & Co., Inc. |
| FLM 3 06-529 | Janis Roberts v. Merck & Co., Inc. |
| FLM 3 06-550 | James Mollenhour v. Merck & Co., Inc., et al. |
| FLM 8 06-1064 | Kada Kahric v. Merck & Co., Inc. |
| FLM 8 06-1115 | Fay Virginia Perttunen, etc. v. Merck & Co., Inc. |
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60849 | Gloria Lopez v. Merck & Co., Inc. |
| FLS 1 06-21425 | Nellie Granger, etc. v. Merck & Co., Inc. |
| FLS 1 06-21470 | Beatrice Tinsley v. Merck & Co., Inc. |
| FLS 9 06-80545 | Milton Elliot v. Merck & Co., Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 06-1428 | Mary Louise Gollus v. Merck & Co., Inc. |
| **IDAHO** | |
| ID 1 06-230 | June Joos, et al. v. Merck & Co., Inc. |
| ID 2 06-225 | Mary Ann Pierce v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-430 | Coy Nunn, et al. v. Merck & Co., Inc., et al. |
| ILS 3 06-462 | Ruthie Young, et al. v. Merck & Co., Inc., et al. |
| ILS 3 06-463 | Jeanne Haefner v. Merck & Co., Inc. |
| ILS 3 06-465 | Demetrius Hardaway, et al. v. Merck & Co., Inc., et al. |

SCHEDULE CTO-56 TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **INDIANA SOUTHERN** <br> INS  1  06-842 | Virginia Rexroat, et al. v. Merck & Co., Inc. |
| **KANSAS** <br> KS  2  06-2233 | David Christie v. Merck & Co., Inc. |
| **KENTUCKY EASTERN** <br> KYE  0  06-96 | Anna Louise Curls v. Merck & Co., Inc. |
| **LOUISIANA WESTERN** <br> LAW  5  06-1003 | Randy Brazzel v. Merck & Co., Inc. |
| **MARYLAND** <br> MD  1  06-1575 <br> MD  1  06-1578 | Guy E. Gaston v. Merck & Co., Inc. <br> Charles N. Burgess, et al. v. Merck & Co., Inc. |
| **MINNESOTA** <br> MN  0  06-2378 <br> MN  0  06-2449 <br> MN  0  06-2450 <br> MN  0  06-2451 <br> MN  0  06-2452 <br> MN  0  06-2453 <br> MN  0  06-2454 <br> MN  0  06-2455 <br> MN  0  06-2457 <br> MN  0  06-2499 | James R. Topp, Jr., et al. v. Merck & Co., Inc. <br> John V. Crimmins v. Merck & Co., Inc. <br> Ronald E. Hill v. Merck & Co., Inc. <br> Donald E. Tremblay v. Merck & Co., Inc. <br> Peter F. Bruers v. Merck & Co., Inc. <br> Marc A. Patnode v. Merck & Co., Inc. <br> Hugh W. Bernhardt v. Merck & Co., Inc. <br> Ronald Skube v. Merck & Co., Inc. <br> Peter Vondrak v. Merck & Co., Inc. <br> Judith Kinney, et al. v. Merck & Co., Inc. |
| **MISSISSIPPI SOUTHERN** <br> MSS  1  06-593 | Annie W. McDonald, etc. v. Merck & Co., Inc. |
| **NEBRASKA** <br> NE  4  06-3140 | Margie H. Gibbs, et al. v. Merck & Co., Inc. |
| **NEW YORK EASTERN** <br> NYE  1  06-2919 | Harvey Kleinstein, et al. v. Merck & Co., Inc. |
| **NEW YORK NORTHERN** <br> NYN  5  06-668 <br> NYN  6  06-666 | Yolanda C. Fero, etc. v. Merck & Co., Inc., et al. <br> Paula Werner-Vecellio, et al. v. Merck & Co., Inc., et al. |
| **NEW YORK SOUTHERN** <br> NYS  1  06-4430 | Margarita Segui v. Merck & Co., Inc. |
| **NEW YORK WESTERN** <br> NYW  6  06-6289 | William L. Matthews, etc. v. Merck & Co., Inc., et al. |
| **OHIO NORTHERN** <br> OHN  1  06-1466 | Sandra Burnett, et al. v. Merck & Co., Inc., et al. |
| **OKLAHOMA WESTERN** <br> OKW  5  06-623 | Marjorie Murphy, et al. v. Merck & Co., Inc. |

SCHEDULE CTO-56 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **PENNSYLVANIA EASTERN** | |
| PAE  2  06-2532 | J. Mary Basanta v. Merck & Co., Inc. |
| PAE  2  06-2546 | Joan M. Kelly, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2547 | George Boyd, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2548 | Martha Tanner, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2549 | Jeffrey Klimmek, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2550 | Jessie Powers v. Merck & Co., Inc., et al. |
| PAE  2  06-2551 | Richard F. McLaughlin, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2552 | John Dyminski, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2553 | Caridad Castillo, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2606 | Donald Scheirer, et al. v. Merck & Co., Inc. |
| PAE  2  06-2622 | Murray Bidner, et al. v. Merck & Co., Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  06-740 | Carol Gault, et al. v. Merck & Co., Inc. |
| PAW  2  06-791 | Sherrie A. MacKinney v. Merck & Co., Inc. |
| PAW  2  06-809 | Thomas Conner v. Merck & Co., Inc. |
| **TEXAS EASTERN** | |
| TXE  5  06-120 | Richard Glen Gunnels v. Merck & Co., Inc. |
| TXE  9  06-120 | Sara Best, et al v. Merck & Co., Inc. |
| **TEXAS WESTERN** | |
| TXW  1  06-414 | Marie D. Garnett, et al. v. Merck & Co., Inc. |
| TXW  3  06-196 | Stuart Lee Neff v. Merck & Co., Inc. |
| **UTAH** | |
| UT  2  06-454 | C. Gordon Linnett v. Merck & Co., Inc. |
| UT  2  06-493 | Ellen Burlison, etc. v. Merck & Co., Inc. |
| **WASHINGTON WESTERN** | |
| WAW  2  06-841 | Jeanette Stroschein, etc. v. Merck & Co., Inc. |

# INVOLVED JUDGES LIST (CTO-56)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. David Briones
U.S. District Judge
U.S. Courthouse
511 E. San Antonio Street
El Paso, TX 79901-2401

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Earl H. Carroll
Senior U.S. District Judge
U.S. Courthouse
401 West Washington St., SPC 48
Phoenix, AZ 85003

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Joy Flowers Conti
U.S. District Judge
5250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Clarence Cooper
U.S. District Judge
1701 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Timothy J. Corrigan
U.S. District Judge
11-100 United States Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. James L. Foreman
Senior U.S. District Judge
740 U.S. Courthouse
301 West Main Street
Benton, IL 62812

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Alan S. Gold
U.S. District Judge
1017 Federal Courthouse Square
301 N. Miami Avenue
Miami, FL 33128

INVOLVED JUDGES LIST (CTO-56) MDL-1657                    PAGE 2 of 3

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr.
U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. Paul C. Huck
U.S. District Judge
1067 James Lawrence King Federal
Justice Bldg.
99 Northeast Fourth Street
Miami, FL 33132

Hon. David N. Hurd
U.S. District Judge
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Robert F. Kelly
Senior U.S. District Judge
11613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1765

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal
Building
100 State Street
Rochester, NY 14614-1324

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Terrence F. McVerry
U.S. District Judge
6370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Norman A. Mordue
Chief Judge, U.S. District Court
P.O. Box 7336
Syracuse, NY 13261

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
255 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Marsha J. Pechman
U.S. District Judge
14229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Dan M. Russell, Jr.
Senior U.S. District Judge
U.S. District Court
614 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. David Sam
Senior U.S. District Judge
148 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

INVOLVED JUDGES LIST (CTO-56) MDL-1657                                PAGE 3 of 3

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Arthur J. Schwab
U.S. District Judge
7280 United States Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Norma L. Shapiro
Senior U.S. District Judge
10614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1774

Hon. R. Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Henry R. Wilhoit, Jr.
Senior U.S. District Judge
320 Federal Building
1405 Greenup Avenue
Ashland, KY 41101

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
James A. McClure Federal Building &
U.S. Courthouse
550 West Fort Street
Boise, ID 83724

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332